# IMPORTANT INFORMATION FOR HOMEOWNERS IN FORECLOSURE

## HOW TO SAVE YOUR PROPERTY - PLEASE READ - DO NOT IGNORE

1.      **POSSESSION**: The lawful occupants of a home have the right to live in the home until a judge enters an order for possession. In most cases, if you continue to live in your home, you will have at least nine(9) months before you have to move.

2.      **OWNERSHIP**: You continue to own your home until the court rules otherwise.

3.      **REINSTATEMENT**: As the homeowner you have the right to bring the mortgage current within 90 days after you receive the summons.

4.      **REDEMPTION**: As the homeowner you have the right to sell your home, refinance, or pay off the loan during the redemption period, which is at least seven(7) months after you receive the summons.

5.      **SURPLUS**: As the homeowner you have the right to petition the court for any excess money (i.e. If your home is sold for more than you owe) that results from a foreclosure sale of your home. In most cases you do not need an attorney to do this. The Chancery Division Advise Desk, Room 1303 of the Richard J. Daley Center, will assist you in preparing all the necessary papers at no charge. The Advice Desk is open Monday through Friday, 9:00 A.M. To 4:00 P.M.

6.      **WORKOUT OPTIONS**: The mortgage company does not want to foreclose on your home if there is any way to avoid it. Call your mortgage company **Ocwen Loan Servicing, LLC** or its attorneys to find out the alternatives to foreclosure    To discuss your options, to obtain help in finding a lawyer or HUD-certified housing counselor, or to get assistance in filing an Appearance and an Answer, contact the Chancery Division Advise Desk, Room 1303 of the Richard J. Daley Center, will assist you in preparing all the necessary papers at no charge. The Advice Desk is open Monday through Friday, 9:00 A.M. To 4:00 P.M. This service is free. You may also be eligible for a free lawyer through the Access to Justice Program. Ask the Judge for a referral to an Access to Justice lawyer.

7.      **PAYOFF AMOUNT**: You have the right to obtain a written statement of the amount necessary to pay off your loan. Your mortgage company (identified above) must provide you this statement within 10 business days of receiving your request, provided that your request is in writing and includes your name, the address of the property, and the mortgage account or loan number. Your first payoff statement will be free.

8.      **GET ADVICE**: This information is not exhaustive and does not replace the advice of a professional. You may have other options. Get professional advice from a lawyer or HUD-certified housing counselor about your rights and options to avoid foreclosure.

9.      **LAWYER**: If you do not have a lawyer, you may contact CARPLS Legal Aid Hotline at (312) 738-9200 for legal advice and referrals or visit the Advice Desk (see above). Or you may call the Chicago Volunteer Legal Services at (312) 332-1624 or the Legal Assistance Foundation of Chicago at (312) 341-1070.

10.     **MEDIATION:** If you have steady income or significant equity in your home and need help in negotiating with your lender, ask the judge to refer your case to the Center for Conflict Resolution for mediation. Mediation is a process in which a neutral party facilitates communication and negotiation between you and the mortgage holder to assist you in reaching a voluntary agreement regarding the mortgage if possible. Mediation requires the appearance of both parties. This is an out-of-court procedure and lawyers are not required. However, you have the right to have your lawyer present.

11.     **PROCEED WITH CAUTION**: You may be contacted by people offering to help you avoid foreclosure. Before entering into any transaction with persons offering to help you, please contact a lawyer, government official, or housing counselor for advice.

**(Rev. 1/02/09) CCCH 0100 B**

# INFORMACION IMPORTANTE PARA PROPIETARIOS DE CASA EN PROCESO DE EJECUCION HIPOTECARIA
## COMO SALVAR SU CASA - POR FAVOR LEA - NO IGNORE

1.     **POSESION:** Los ocupantes legítimos en la vivienda tienen el derecho de vivir en la casa hasta que el juez emita por escrito una Orden de Posesión judicial. En la mayoría de los casos, si continúa viviendo en su hogar tendrá por lo menos nueve (9) meses antes que tenga que mudarse.

2.     **TITULARIDAD:** Usted sigue como propietario de su casa hasta que el juez emita una decisión contraria.

3.     **RESTABLECIMIENTO:** Como el propietario usted tiene el derecho de traer al corriente su hipoteca dentro de 90 días después de que usted recibe el Emplazamiento.

4.     **REDENCION DE LA PROPIEDAD:** Como el propietario usted tiene el derecho de vender su casa, refinanciar, o pagar el total del préstamo durante el período de redención, que son por lo menos siete (7) meses después de recibir el Emplazamiento.

5.     **EXCESO DE BIENES:** Como el propietario usted tiene el derecho de presentar una solicitud ante el tribunal para el exceso de dinero resultado de la venta de ejecución de su casa. En la mayoría de los casos usted no necesita un abogado para hacer esto. La Mesa de Consejo de la División de Chancery, localizada en el cuarto 1303 del Centro Richard J. Daley, le asistirá en preparar los documentos necesarios sin algún costo. El horario de La Mesa de Consejo es de lunes a viernes de 9:00 A.M. a 4:00 P.M.

6.     **OPCIONES DE NEGOCIACION:** El prestamista hipotecario no quiere ejecutar sobre su casa si hay cualquier modo de evitarlo. Llame a su prestamista hipotecario **Ocwen Loan Servicing, LLC** o sus abogados para averiguar las alternativas a la ejecución hipotecaria.  Para discutir otras opciones, obtener ayuda en buscar a un abogado o un consejero certificado por el Departamento de Vivienda y Desarrollo Urbano (HUD en inglés) o para obtener asistencia en entablar su Comparecencia en Juicio o Contestación a la Demanda, acuda a la Mesa de Consejo de la División de Chancery, cuarto1303 del Centro Daley, lunes a viernes de 9:00 A.M. a 4:00 P.M. Este servicio es gratuito. Usted también puede ser elegible para que le otorguen un abogado gratuito mediante el Programa Acceso a Justicia (Access to Justice Program). Pídale al juez que lo refiera a un abogado del Programa.

7.     **CANTIDAD DEL SALDO**: Usted tiene el derecho de obtener una declaración por escrita de la cantidad necessaria para pagar su préstamo. Su prestamista hipotecario (identificado arriba) debe proporcionarle esta declaración dentro de 10 días de haber recibido su petición, con tal de que su petición sea por escrito e incluye su nombre, la dirección de la propiedad y la cuenta de hipoteca o el número de préstamo. Su primera declaración del saldo será gratis.

8.     **OBTENGA ASESORIA:** Esta información no es exhaustiva y no sustituye el consejo de un profesional. Usted puede tener otras opciones. Obtenga asesoría profesional de un abogado o de un consejero de vivienda certificado por HUD sobre sus derechos y opciones para evitar la ejecución hipotecaria.

9.     **ABOGADO:** Si usted no tiene un abogado, puede acudir a la línea gratuita de CARPLS al

(312) 738-9200 para accesoría legal y referencias o visite la Mesa de Consejo (véase arriba). O puede comunicarse con "Chicago Volunteer Legal Services" al (312) 332-1624 o al "Legal Assistance Foundation of Chicago" al (312) 341-1070.

10.    **MEDIACION:** Si tiene ingresos constantes o suficiente equidad en su casa y necesita ayuda negociando con su prestamista hipotecario, pídale al juez que refiera su caso al Centro para la Resolución de Conflicto para mediación. La mediación es un proceso en el cual una persona objetiva facilita el diálogo y la negociación entre usted y su prestamista hipotecario para asistirle, si es posible, en alcanzar un acuerdo voluntario con respecto a su hipoteca. La mediación requiere la participación de ambas partes. Esto es un procedimiento fuera del tribunal y no requiere abogado. Sin embargo, usted tiene el derecho de tener presente a su abogado.

11.    **PROCEDA CON PRECAUCION:** Usted puede ser contactado por personas ofreciéndole ayuda para evitar la ejecución hipotecaria. Antes de entrar en cualquier transacción con personas ofreciéndole ayuda, por favor comuníquese con un abogado, representante gubernamental o consejero de vivienda para accesoría.

**(Rev. 1/02/09) CCCH 0100 C**