RECORDING REQUESTED
AND PREPARED BY:
**HomEq Servicing**
**PO BOX 13309**
**Mailcode #CA3501**
**Sacramento, CA 95813-3309**
**(877) 867-7378**
**MICHELLE SCHUESSLER (HOMEQ)**

Doc#: 1023619041 Fee: $40.25
Eugene "Gene" Moore RHSP Fee:$10.00
Cook County Recorder of Deeds
Date: 08/24/2010 10:23 AM Pg: 1 of 2

And When Recorded Mail To:
**HomEq Servicing**
**PO BOX 13309**
**Mailcode #CA3501**
**Sacramento, CA 95813-3309**

_____ Space above for Recorder's use _____

MERS MIN#: **100077910005371022**  PHONE#: **(888) 679-6377**
Customer#: **1**   Service#: **7235AS1**
Loan#: **0324788603**

## ASSIGNMENT OF MORTGAGE

For good and valuable consideration, the sufficiency of which is hereby acknowledged, **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND ASSIGNS, 1595 SPRING HILL ROAD SUITE 310 VIENNA VA 22182-0000**. By these presents does convey, grant, bargain, sell, assign, transfer and set over to: **DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF APRIL 1, 2006 MORGAN STANLEY CAPITAL I INC. TRUST 2006-HE2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE2, C/O HOMEQ SERVICING 4837 WATT AVE., MAILCODE CA350 NORTH HIGHLANDS CA 95660-0510**. The described Mortgage, together with the certain note(s) described therein with all interest, all liens, and any rights due or to become due thereon. Said Mortgage for **$221,000.00** is recorded in the State of **ILLINOIS**, County of **COOK** Official Records, dated **NOVEMBER 30, 2005** and recorded on **DECEMBER 29, 2005**, as Instrument No. **0536305091**, in Book No. ---, at Page No. ---.

Original Mortgagor: **VALENTINE C TRINIDAD, AND EDWARD TRINIDAD, WIFE AND HUSBAND**. Original Mortgagee: **MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC**. Legal Description: **LOTS 14 AND 15 IN BLOCK 18 IN WEST GROSSDALE, A SUBDIVISION IN THE WEST 1/2 OF THE WEST 1/2 OF SECTION 3, TOWNSHIP 38 NORTH, RANGE 12, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS.**. Property Address: **4419 BLANCHAN AVE, BROOKFIELD IL 60513-0000**. PIN# **18-03-309-015.**

Date: **AUGUST 05, 2010**
**MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. AS NOMINEE FOR DECISION ONE MORTGAGE COMPANY, LLC, ITS SUCCESSORS AND ASSIGNS**

By: _____
   Lori Rakoncza, Assistant Secretary

S
P
S
M
SC
E
INT

Loan#: **0324788603**    Srv#: **7235AS1**
Page 2

| | | |
|---|---|---|
| State of | **CALIFORNIA** | } |
| County of | **SACRAMENTO** | } ss. |

On __**AUG 0 5 2010**__, before me, **M. Schuessler**, a Notary Public, personally appeared **Lori Rakoncza**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct. Witness my hand and official seal.

(Notary Name): **M. Schuessler**

[Notary Seal:
M. SCHUESSLER
COMM. #1788328
NOTARY PUBLIC-CALIFORNIA
SACRAMENTO CO.
EXP. DEC 30, 2011]